IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE J. THOMPSON,

    Plaintiff,

v.                                                      CASE NO. 3:11-cv-587-MW/EMT

CRICKETT WIRELESS, INC.,
et al.,

    Defendants.

****************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 43, filed January 10, 2013. This Court notes Plaintiff filed his Notice of Voluntary Dismissal, ECF No. 42, on January 8, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This action is dismissed with prejudice and the Clerk is instructed to close the file.

SO ORDERED on January 14, 2013.

                                                          s/Mark E. Walker
                                                          United States District Judge